**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEONOR HERNANDEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.  3:17-CV-3515-N-BK |
| | § | |
| **MAPEI CORPORATION,** | § | |
| **Defendants** | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings, conclusions, and recommendation to which objection was made.  The objections are overruled and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore Ordered that the Plaintiff's claims in this action are dismissed without prejudice.  Plaintiff may file a motion for leave to amend within thirty days of the date of this order, accompanied by a proposed amended complaint that cures the factual deficiencies raised by the Magistrate Judge.  If no motion for leave to amend is filed within that time, the Court will dismiss this action with prejudice without further notice.

**SO ORDERED** this 31st day of August, 2018.

THE HONORABLE DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE